No. 81–6789.   FORD v. U-HAUL COMPANY OF LOS ANGE-LES ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 81–6790.   PARKER ET AL. v. PARRATT, WARDEN, NE-BRASKA PENAL AND CORRECTIONAL COMPLEX.   C. A. 8th Cir.   Certiorari denied.

No. 81–6791.   MERRILL v. GROUNDS, JUDGE OF THE SUPERIOR COURT, MARICOPA COUNTY, ARIZONA, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–6792.   SMITH v. ESTELLE.   C. A. 5th Cir.   Certiorari denied.

No. 81–6794.   CHAGRA v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–6795.   JONES v. MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 81–6796.   WILSON v. BROWN, WARDEN, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 81–6798.   BOSTIC v. GARRISON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 81–6799.   JACKSON v. SEEDCO'S LBDO.   C. A. 11th Cir.   Certiorari denied.

No. 81–6800.   CHAKA v. WELCH ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 81–6801.   HAWKINS v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 81–6802.   PIGEE v. ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION, WAUPUN, WISCON-SIN.   C. A. 7th Cir.   Certiorari denied.

No. 81–6805.   THOMAS v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.